from the Circuit Court of Appeals for the Fifth Circuit. November 4, 1918. Petition for a writ of certiorari herein denied. *Mr. William L. Clay* and *Mr. Rush Taggart*, for appellant, in support of the petition. *Mr. Sanders McDaniel* and *Mr. Leon Weil*, for appellee, in opposition to the petition. See *ante*, 535.

---

No. 524. WESTERN UNION TELEGRAPH COMPANY *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY. Appeal from the Circuit Court of Appeals for the Fifth Circuit. November 4, 1918. Petition for a writ of certiorari herein denied. *Mr. William L. Clay* and *Mr. Rush Taggart*, for appellant, in support of the petition. *Mr. Henry L. Stone* and *Mr. Henry C. Peeples*, for appellee, in opposition to the petition. See *ante*, 532.

---

No. 525. WESTERN UNION TELEGRAPH COMPANY *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY. Appeal from the Circuit Court of Appeals for the Fifth Circuit. November 4, 1918. Petition for a writ of certiorari herein denied. *Mr. William L. Clay* and *Mr. Rush Taggart*, for appellant, in support of the petition. *Mr. Henry C. Peeples* and *Mr. Claude Waller*, for the appellee, in opposition to the petition. See *ante*, 542.

---

No. 558. WESTERN UNION TELEGRAPH COMPANY *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY. November 4, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Adolphus Edward Richards, Mr. A. P. Humphrey* and *Mr. Rush*

*Taggart* for petitioner.   *Mr. Henry L. Stone* and *Mr. Helm Bruce* for respondent.

---

No. 624. CUDAHY PACKING COMPANY *v.* WILLIAM K. BIXBY ET AL., RECEIVERS, ETC.   November 4, 1918. Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri denied. *Mr. George T. Buckingham* and *Mr. Charles T. Tittmann* for petitioner. *Mr. James L. Minnis* for respondents.

---

No. 648. LOUISIANA NAVIGATION COMPANY *v.* OYSTER COMMISSION OF LOUISIANA ET AL.   November 4, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Mr. J. C. Gilmore, Mr. Thomas Gilmore* and *Mr. Edward Nicholls Pugh* for petitioner. No appearance for respondents.

---

No. 683. STATE OF LOUISIANA *v.* NEW ORLEANS LAND COMPANY.   November 4, 1918.   Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Mr. William Winans Wall, Mr. James Clarke Henriques* and *Mr. I. D. Moore* for petitioner. *Mr. Charles Louque* and *Mr. W. O. Hart* for respondent.

---

No. 678. S. T. HILLS, AS TRUSTEE, ETC., *v.* C. D. STIMSON COMPANY.   November 4, 1918.   Petition for a writ of certiorari to the Supreme Court of the State of Washington denied. *Mr Cassius E. Gates* for petitioner. No appearance for respondent.